# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM D. JUBILEE, SR.,** | : | CIVIL NO. 1:18-CV-52 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **GENE BERDANIER**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 24th day of January, 2019, upon consideration of the Schuylkill County defendants' motion (Doc. 22) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and the medical defendants' motion (Doc. 24) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The Schuylkill County defendants' motion (Doc. 22) for summary judgment is GRANTED. The Clerk of Court is directed to ENTER judgment in favor of defendants Gene Berdanier, David Wapinsky, George Halcovage, Gary Hess, Frank Staudemaier, William Baldwin, Joseph Grody, and Christine Holman, and against plaintiff.

2. The motion (Doc. 24) to dismiss by PrimeCare Medical, Inc., and Kenneth Wloczewski, D.O. is GRANTED.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3).


      <u>/S/ Christopher C. Conner</u>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania